JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY EUGENE ASKEW,<br><br>        Petitioner,<br>vs.<br><br>L. MONTGOMERY, Warden,<br><br>        Respondent. | Case No. CV 14-606-JAK (DTB)<br><br>**J U D G M E N T** |

    Pursuant to the Order Denying Application for Extension of Time to File Habeas Petition and Summarily Dismissing Matter Without Prejudice,

    IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: February 21, 2014

                                                   JOHN A. KRONSTADT<br>
                                                 UNITED STATES DISTRICT JUDGE