# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY EUGENE ASKEW,<br><br>Petitioner,<br>v.<br><br>W.L. MONTGOMERY,<br><br>Respondent. | Case No. CV 14-0606 JAK (AFM)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: August 18, 2016

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE